IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JUAN ALBERTO RODRIGUEZ VALENTIN

NELLY CRUZ RODRIGUEZ

XXX-XX-8122

XXX-XX-9088

Debtor(s)

CASE NO. 09-06702 BKT

Chapter 13

FILED & ENTERED ON 08/09/2010

### ORDER ON ARREARS

This case is before the Court on debtor(s)' opposition to the motion to dismiss filed by the trustee alleging that debtor(s) has/have failed to comply with the confirmed Chapter 13 Plan (docket entry #32). Debtor(s) request(s) time to cure the arrears.

Debtor(s) is (are) hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor(s)' failure to file evidence of being current, the Clerk shall enter judgment dismissing the case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 09 day of August, 2010.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES
F/UP